UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Case No.   EDCV 08-2216-GAF (JCR)                                            Date   May 30, 2008

Title   CESAR FLORES-v-JAMES D. HARTLEY, WARDEN

| Present: The Honorable | JOHN RAYBURN, JR., U. S. MAGISTRATE JUDGE | |
|---|---|---|
| DEB TAYLOR | N/A | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |
| Attorneys Present for Plaintiffs: | | Attorneys Present for Defendants: |
| NONE | | NONE |

Proceedings: **(IN CHAMBERS)**) ORDER REQUIRING RESPONSE TO RESPONDENT'S REQUEST FOR STAY PENDING ISSUANCE OF THE MANDATE IN HAYWARD

     On May 27, 2008, Respondent James D. Hartley requested a stay of the instant case in light of the Ninth Circuit's recent decision to grant en banc review in *Hayward v. Marshall*, 512 F.3d 536 (9th Cir. 2008).  Petitioner is ordered to file a response to Respondent's request on or before June 27, 2008. Thereafter, the Court will enter its decision on the request.

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

Initials of Deputy Clerk <u>dts</u>